In the Matter of Abby RESNICK–PARIGIAN.

No. 75 DB 2003 (No. 43 RST 2003).

Supreme Court of Pennsylvania.

Feb. 11, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of February, 2004, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 19, 2003, are approved and IT IS ORDERED that ABBY RESNICK–PARIGIAN, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

Joseph Edward HUDAK, Respondent.

No. 852 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 18, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of February, 2004, upon consideration of the Motion to Dissolve Temporary Suspension and Enforce All Other Provisions of the Order of October 3, 2003, and the Recommendation of Disciplinary Board Member dated January 27, 2004, it is ORDERED as follows:

As the Petition for Discipline filed on November 3, 2003, does not include the allegations upon which this Court relied in entering the October 3, 2003 Order of Temporary Suspension, said Order is hereby dissolved, without prejudice to any pending or future disciplinary proceedings, and respondent is reinstated to the practice of law, effective immediately.